UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE ANDREW DOMINGUEZ, an individual doing business as G.A. DOMINGUEZ; HUDSON INSURANCE COMPANY, a Delaware corporation; SURETEC INSURANCE COMPANY, a Texas corporation,<br><br>Defendants. | CASE NO.: 2:17-cv-07164 AB (SSx)<br><br>**ORDER RE DISMISSAL OF ACTION** |

PURSUANT TO THE STIPULATION TO DISMISS ACTION by and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, and Defendant, GEORGE ANDREW DOMINGUEZ, an individual by and between their respective attorneys of record:

/ / /

IT IS HEREBY ORDERED that this action is dismissed in it entirety without prejudice with each party to bear its own costs and attorney's fees.

DATED: 2/8/2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

353703.1